BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP              BDFTE#  00000009837162
4004 BELT LINE ROAD  SUITE 100
ADDISON,  TX 75001
(972) 341-0500

Attorney for PRIMARY RESIDENTIAL MORTGAGE, INC.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-40409-PWB |
| | § | |
| CHRISTY ANNETTE BEENE, | § | |
|     Debtor | § | CHAPTER 13 |
| | § | |
| PRIMARY RESIDENTIAL MORTGAGE, INC., | § | |
| | § | |
|     Movant | § | CONTESTED MATTER |
| | § | |
| v. | § | |
| | § | |
| CHRISTY ANNETTE BEENE; K. EDWARD SAFIR, Trustee | § | |
| | § | |
|     Respondents | § | |

**MOTION OF PRIMARY RESIDENTIAL MORTGAGE, INC. FOR RELIEF FROM STAY OF ACTION AGAINST DEBTOR PURSUANT TO 11 U.S.C. § 362(a) AND WAIVER OF THIRTY DAY REQUIREMENT PURSUANT TO § 362(e)**

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW PRIMARY RESIDENTIAL MORTGAGE, INC., Movant, by and through the undersigned attorney, and moves the Court as follows:

    1.    This Motion is brought pursuant to 11 U.S.C. §362(d) in accordance with Rule 4001 of the Bankruptcy Rules.

    2.    On or about March 17, 2023, CHRISTY ANNETTE BEENE (hereinafter "Debtor") filed a petition for an order of relief under Chapter 13 of the Bankruptcy Code.

    3.    At the time of filing the Chapter 13 petition, Movant held a Note executed on

January 24, 2022, by CHRISTY ANNETTE BEENE in the original amount of ONE HUNDRED SEVENTY-SIX THOUSAND SEVEN HUNDRED SIXTY-SEVEN DOLLARS AND ZERO CENTS ($176,767.00) with interest thereon at the rate of 3.500% per annum. A true and correct copy of the Note is attached hereto as Exhibit "A".

    4.    The indebtedness is secured by a Security Deed dated January 24, 2022 and executed by CHRISTY ANNETTE BEENE on real estate with all improvements known as:

> ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT NOS. 46 AND 63 (ERRONEOUSLY REFERRED TO AS ONLY BEING IN LAND LOT NO. 63 ON RECORDED PLAT) OF THE 8TH DISTRICT AND 3RD SECTION OF MURRAY COUNTY, GEORGIA, BEING MORE PARTICULARLY SHOWN ACCORDING TO PLAT OF SURVEY PREPARED FOR RONALD COOPER BY WILLIAM J. BOULDING, GEORGIA REGISTERED LAND SURVEYOR, DATED JUNE 27, 2000 AND RECORDED IN PLAT BOOK 36, PAGE 162, MURRAY COUNTY, GEORGIA LAND RECORDS, REFERENCE TO WHICH PLAT IS HEREBY MADE AND INCORPORATED HEREIN BY REFERENCE FOR A MORE PARTICULAR DESCRIPTION OF SAID LAND.
>
> BY VIRTUE OF A WARRANTY DEED FROM SECRETARY OF HOUSING AND URBAN DEVELOPMENT TO
> CHRISTOPHER RAY MASON DATED FEBRUARY 8, 2012, FILED FEBRUARY 10, 2012, IN BOOK 755, PAGE(S)
> 589, MURRAY COUNTY, GEORGIA RECORDS.
>
> GRANTORS' SOURCE OF INTEREST IS FOUND IN WARRANTY DEED OF RECORD IN BOOK_ PAGE
> ,IN THE REGISTER'S OFFICE OF MURRAY COUNTY, GEORGIA
>
> MORE COMMONLY KNOWN AS: 30 BERRY BENNETT ROAD, CHATSWORTH, GA 90705

A true and correct copy of the Security Deed is attached hereto as Exhibit "B".

    5.    Debtor failed to maintain current the post-petition payments due under the Note and as of June 09, 2023, Debtor is in arrears for:

       3 payment(s) which represents payment(s) for April 01, 2023 through June 01, 2023 ($1,116.27 each) totaling $3,348.81

       Less debtor suspense funds of $0.00 for total post petition arrears of $3,348.81

6.     The outstanding indebtedness to Movant is $174,802.14 principal plus accrued interest, late charges, attorneys fees and costs as provided in the Note and Security Deed.

7.     In accordance with the terms of the Note and Security Deed, Movant would allege that it is entitled to reasonable post-petition attorneys fees, including, but not limited to, fees, if any, for the preparation and filing of a proof of claim and fees and costs for the filing of this Motion for Relief from Stay.

8.     Debtor has failed to provide adequate protection to Movant which constitutes cause to terminate the automatic stay of 11 U.S.C. §362(e).

9.     By reason of the foregoing, Movant requests the Court to terminate the stay so Movant may proceed to foreclose in accordance with its Note and Security Deed.

10.     Movant reserves the right to assert an 11 U.S.C. § 362(d)(2) Cause of Action, if appropriate, at the hearing on Movant's Motion for Relief.

     WHEREFORE, Movant prays that this Court enter an Order, after notice and hearing, terminating the automatic stay as to Movant and waives right to hearing within thirty (30) days as provided by 11 U.S.C. 362(e); alternatively Movant may be made whole by having all post petition payments, fees and costs brought current.  Movant further prays that upon termination of the automatic stay, the pre-petition arrears shall no longer be funded under the Chapter 13 Plan, the post petition payments shall no longer be required & 11 U.S.C. § 1322 (b)(5) shall no longer be applicable, therefore Movant and Trustee shall no longer be subject to the subsequent notice requirements of Federal Rule of Bankruptcy Procedure 3002.1 with regard to the above-described property and that the Court waive the provision of Rule 4001(a)(3) and

that Movant be permitted to immediately enforce and implement any order granting relief from the automatic stay; that Movant be awarded its reasonable post-petition attorneys fees and expenses for this Motion; and, that Movant be granted such other and further relief as is just.

        Respectfully submitted,

        BARRETT DAFFIN FRAPPIER
        TURNER & ENGEL, LLP

BY: /s/ BRANDI R. LESESNE      06/21/2023
        BRANDI R. LESESNE
        GA NO. 141970
        4004 BELT LINE ROAD  SUITE 100
        ADDISON , TX 75001
        Telephone: (972) 341-0500
        Facsimile: (972) 661-7725
        E-mail:  GA.ND.ECF@BDFGROUP.COM
        ATTORNEY FOR MOVANT

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2023, true and correct copy of the foregoing Notice of Hearing and Motion for Relief from Stay as to Debtor was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

/s/ BRANDI R. LESESNE                                06/21/2023
BRANDI R. LESESNE
GA NO. 141970
4004 BELT LINE ROAD  SUITE 100
ADDISON , TX 75001
Telephone: (972) 341-0500
Facsimile: (972) 661-7725
E-mail:  GA.ND.ECF@BDFGROUP.COM
ATTORNEY FOR MOVANT

**DEBTOR:**
CHRISTY ANNETTE BEENE
30 BERRY BENNETT RD
CHATSWORTH, GA 30705-5452

**TRUSTEE:**
K. EDWARD SAFIR
285 PEACHTREE CENTER AVE. NE
SUITE 1600
ATLANTA, GA  30303

**DEBTOR'S ATTORNEY:**
DAN SAEGER
706 S THORNTON AVE
SUITE D
DALTON, GA  30720

**PARTIES IN INTEREST:**
None

**PARTIES REQUESTING NOTICE:**
None