BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP
4004 BELT LINE ROAD  SUITE 100
ADDISON,  TX 75001
(972) 341-0500

Attorney for PRIMARY RESIDENTIAL MORTGAGE, INC.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-40409-PWB |
| | : | |
| CHRISTY ANNETTE BEENE | : | CHAPTER 13 |
| | : | |
| Debtor. | : | JUDGE PAUL W. BONAPFEL |
| | : | |
| | : | |
| PRIMARY RESIDENTIAL | : | |
| MORTGAGE, INC., | : | |
| | : | |
| Movant(s), | : | CONTESTED MATTER |
| | : | |
| v. | : | |
| | : | |
| CHRISTY ANNETTE BEENE, | : | |
| Debtor, and | : | |
| K. EDWARD SAFIR, Trustee | : | |
| Respondents(s). | : | |
| | : | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that PRIMARY RESIDENTIAL MORTGAGE, INC. has filed a Motion For Relief From Automatic Stay and related papers with the Court seeking an order lifting the stay as to a certain property located at 30 BERRY BENNETT ROAD, CHATSWORTH, GA 30705.

**PLEASE TAKE FURTHER NOTICE** that the **NOTICE** that the Court will hold a hearing on the Motion for Relief from the Automatic Stay at 10:15 A.M. on 8/2/2023 in Courtroom 342, U.S. Courthouse, 600 EAST FIRST STREET, ROME, GA 31061, which may be attended in person or via the Court's Virtual Hearing Room.  You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing.  You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise.  Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, 600 EAST FIRST STREET, ROME, GA 31061. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the Motion cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the Motion and agrees to a hearing on the earliest possible date.   Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated: June 21, 2023

/s/ BRANDI R. LESESNE
BRANDI R. LESESNE
GA NO. 141970
4004 BELT LINE ROAD SUITE 100
ADDISON, TX 75001
Telephone: (972) 341-0500
Facsimile: (972) 661-7725
E-mail:  GA.ND.ECF@BDFGROUP.COM
ATTORNEY FOR MOVANT